JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY BASALDUA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>GEORGE JAIME, Warden,<br><br>　　　　Respondent. | Case No. 5:20-CV-01156 KES<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the Petition is dismissed with prejudice.

DATED: October 14, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KAREN E. SCOTT
　　　　　　　　　　　　　　　　　　United States Magistrate Judge