JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY BASALDUA, | Case No. 5:20-CV-01156 KES |
| Petitioner, | |
| v. | JUDGMENT |
| GEORGE JAIME, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the Petition is dismissed with prejudice.

DATED: January 4, 2021

_____
KAREN E. SCOTT
United States Magistrate Judge